# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LATECIA S. HILL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI, | : | |
| Commissioner of Social Security | : | NO. 21-2775 |

## O R D E R

AND NOW, this 8th day of March, 2022, upon careful and independent consideration of the parties' submissions, it is hereby ORDERED that:

1. Petitioner's Request for Review is DENIED;

2. JUDGMENT shall be entered in favor of the Defendant.

3. The Clerk of Court is hereby directed to mark this case closed.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID
UNITED STATES MAGISTRATE JUDGE